**No. 57968.**—Silmo Chemical Corporation *v.* United States, protest 204994–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that if the affidavit of the ultimate consignee had been filed with the collector prior to liquidation of the entry, the 64 drums would have been returned free of duty under

paragraph 1615, *supra*, and the certificate of outward manifest would have been waived by the collector in view of the appraiser's affirmative report that said 64 drums were of American origin, the claim of the plaintiff was sustained as to said drums.